# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JAMES MICHAEL HINSHAW**                                                      **PLAINTIFF**

v.                                    **CASE NO. 4:24-cv-01125 JM**

**CHARLES CLARK**                                                              **DEFENDANT**

## ORDER

Plaintiff James Michael Hinshaw's complaint, as supplemented (Docs. 1, 3-5), is dismissed without prejudice because he failed to file pay the $405 filing and administrative fees as directed. (Doc. 2); LOCAL RULE 5.5(c)(2). The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

IT IS SO ORDERED this 10th day of February, 2025.

_____
UNITED STATES DISTRICT JUDGE