IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JAMES MICHAEL HINSHAW**                                               **PLAINTIFF**

v.                     **CASE NO. 4:24-cv-01125 JM**

**CHARLES CLARK**                                                               **DEFENDANT**

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 10th day of February, 2024.

_____
UNITED STATES DISTRICT JUDGE